■ SEYMOUR BIRNBAUM, Respondent, v OLGA F. BIRNBAUM, Appellant. — Order, Supreme Court, New York County (Gomez, J.), entered on October 15, 1981, in an action for divorce, unanimously modified, on the law, the facts and in the exercise of discretion, to the extent of increasing the temporary maintenance by $100 per week and, as thus modified, affirmed, without costs and without disbursements. We deem the amount awarded inadequate to the extent indicated. Concur — Kupferman, J. P., Sullivan, Markewich, Fein and Asch, JJ.

■ AMERICAN HOME ASSURANCE COMPANY, Appellant, v LIBERTY MUTUAL INSURANCE COMPANY et al., Respondents. — Order, Supreme Court, New York County (Sinclair, J.), entered May 4, 1981 denying plaintiff's motion for leave to enter a default judgment, is unanimously affirmed, with costs to respondents. This action was begun in April, 1979. It is disgraceful that now, three years later, due to bickering and delay by the attorneys, the case is still in the pleading stage. Concur — Ross, J. P., Carro, Lupiano, Silverman and Milonas, JJ.